IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| PULTE HOME CORPORATION, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * Civil Action No.: 8:14-cv-03955-GJH |
| v. | * Judge George Jarrod Hazel |
| | * |
| MONTGOMERY COUNTY, MARYLAND, *et al.*, | * |
| | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \*   \*   \* \* \* \* \* \* \* \* \* \* \*

**APPENDIX OF EXHIBITS TO PLAINTIFF PULTE HOME CORPORATION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS OF THIRD PARTIES AUDUBON NATURALIST SOCIETY, INC., DIANE CAMERON, SAVE TEN MILE CREEK COALITION, FRIENDS OF TEN MILE CREEK AND LITTLE SENECA RESERVOIR, INC., LIVEABLE CLARKSBURG COALITION, INC., SENECA CREEK WATERSHED, INC., SIERRA CLUB, AND JOHN COOK**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Email and attachments from Diane Cameron to Matthew Baker and Keith Van Ness, Feb. 11, 2014 |
| B | Subpoena *Duces Tecum* to Audubon Naturalist Society |
| C | Subpoena *Duces Tecum* to Sierra Club |
| D | Subpoena *Duces Tecum* to Save Ten Mile Creek Coalition |
| E | Subpoena *Duces Tecum* to Friends of Ten Mile Creek and Little Seneca Reservoir, Inc. |
| F | Subpoena *Duces Tecum* to Liveable Clarksburg Coalition, Inc. |
| G | Subpoena *Duces Tecum* to Seneca Creek Watershed Partners, Inc. |
| H | Subpoena *Duces Tecum* to Diane Cameron |
| I | Subpoena *Duces Tecum* to John Cook |
| J | Email from Diane Cameron to Matthew Baker, ccing Caroline Taylor, Feb. 8, 2014 |
| K | Save Ten Mile Creek Coalition Publicity Flyer |
| L | Testimony of Michael Gravitz before the Montgomery County Council, Dec. 5, 2013 |
| M | Email from Cathy Wiss to Mark Symborski, et al., Jan. 3, 2013 |
| N | M-NCPPC Montgomery County Planning Department and Brown and Caldwell/Biohabitats Task Order No. 1, Nov. 10, 2012 |
| O | Liveable Clarksburg Coalition Updates |

| EXHIBIT | DESCRIPTION |
|---|---|
| P | Transcript of Montgomery County Planning Board Public Hearing, Sept. 10, 2013 (excerpts) |
| Q | Spoken Testimony of Melane Kinney Hoffman before the Montgomery County Council, Dec. 2013 |
| R | Montgomery County Council Public Hearing Speaker's List, Dec. 5, 2013 |
| S | Testimony of Ann Smith before Montgomery County Council, Dec. 5, 2013 |
| T | Letter from Donald B. Mitchell, Jr. to Louis J. Rouleau, June 29, 2016 |
| U | Testimony of Tenley Elizabeth Wurglitz, Sept. 9, 2014 |
| V | Ad Hoc Water Quality Working Group Report to the Montgomery County Council, July 16, 2010 |
| W | Letter from Louis J. Rouleau to Donald B. Mitchell, Jr., July 15, 2016 |
| X | Email exchange between Louis J. Rouleau to Donald B. Mitchell, Jr., July 20, 2016 |
| Y | Email from Keith Van Ness to Matthew Baker, cc'ing Susan Jackson, Feb. 6, 2014 |
| Z | Email from Marc Elrich to Susan Jackson, Jan. 30, 2014 |
| AA | Email from Marc Elrich to Matthew Baker, Feb. 6, 2014 |
| BB | Email from Marc Elrich to Matthew Baker, Feb. 9, 2014 |
| CC | Letter from Kevin P. Kennedy to Marc Hansen, Aug. 29, 2013 |
| DD | Letter from Louis J. Rouleau to Shawn T. O'Leary, July 21, 2016 |
| EE | Letter from Louis J. Rouleau to Brett Alan Pisciotta, July 21, 2016 |